IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GMYL, L.P., a California limited partnership, | No. C 13-04739 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| ERNESTO COPPOLA, an individual; COPPOLA FOODS LIMITED, a foreign company; and DOES 1 THROUGH 10, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 20, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.  PERSONAL JURISDICTION DISCOVERY.

On or before April 22, 2014, the plaintiff shall complete all necessary discovery on the issue of personal jurisdiction. Discovery shall be limited as follows: (a) fifteen (15) interrogatories, including all discrete subparts; (b) fifteen (15) requests for production of documents or for inspection; and (c) fifteen (15) requests for admission. Defendant will not be

CASE MANAGEMENT SCHEDULING ORDER

permitted to serve discovery on plaintiff at this time. Upon the close of this discovery period, defendants will renotice their motion to dismiss and set the motion for hearing.

2.   DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

IT IS SO ORDERED.

DATED:   February 20, 2014

_____
RICHARD SEEBORG
United States District Judge