UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMYL, L.P.,<br><br>       Plaintiff,<br><br>   v.<br><br>ERNESTO COPPOLA, et al.,<br><br>       Defendants. | Case No.  13-cv-04739-RS   (JCS)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 45 |

For the reasons stated on the record at the hearing held on March 21, 2014, the Court orders as follows: (1) Ernesto Coppola will be deposed in San Francisco, as an individual and as a Rule 30(b)(6) witness, with reasonable costs of travel and lodging to be paid by Plaintiff; and (2) Maria Suleymanova will be deposed via video conference from London, with reasonable costs of the video conference to be paid by Plaintiff. The parties shall meet and confer to schedule the dates of these depositions.

**IT IS SO ORDERED.**

Dated: March 27, 2014

JOSEPH C. SPERO
United States Magistrate Judge