1  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
2  San Francisco, CA 94111
   Telephone: (415) 882-8200
3  Facsimile: (415) 882-8220
   Susan E. Hollander (SBN 133473)
4  *susan.hollander@klgates.com*
   Jocelyn M. Belloni (SBN 253482)
5  *jocelyn.belloni@klgates.com*
   Sharoni S. Finkelstein (SBN 271829)
6  *sharoni.finkelstein@klgates.com*

7  K&L GATES LLP
   10100 Santa Monica Boulevard
8  Los Angeles, CA 90067
   Telephone: (310) 552-5000
9  Facsimile: (310) 552-5001
   Seth A. Gold (SBN 163220)
10 *seth.gold@klgates.com*
   Christina N. Goodrich (SBN 261722)
11 *christina.goodrich@klgates.com*

12 Attorneys for Plaintiff
   GMYL, L.P.

13

14                    UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17 GMYL, L.P., a California limited partnership;    CASE NO. 13-cv-04739-RS
                                                       ORDER
18                  Plaintiff,                     **JOINT STIPULATION AND
                                                   REQUEST FOR ORDER TO
19      vs.                                        REMOVE DOCKET ENTRY NO.
                                                   49-6 FROM DOCKET**
20 ERNESTO COPPOLA, an individual; COPPOLA
   FOODS LIMITED, a foreign company; and
21 DOES 1 THROUGH 10

22                  Defendants.

23

24      IT IS HEREBY STIPULATED by and between Plaintiff GMYL, L.P. ("Plaintiff" or

25 "GMYL") and Defendants Ernesto Coppola and Coppola Foods Limited (collectively, "Coppola"),

26 by and through their counsel of record, as follows:

27

28

WHEREAS, on April 2, 2014, Plaintiff's counsel, on behalf of the Parties, filed a Joint Letter from Plaintiff and Defendants re Jurisdictional Discovery Deficiencies, Declaration of Sharoni S. Finkelstein in support thereof (the "Finkelstein Declaration"), and Exhibits A–H thereto (Dkt. No. 49);

WHEREAS, the parties immediately determined that Exhibit C to the Finkelstein Declaration (Dkt. No. 49-6) contains certain information that was designated by Defendants as "CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. No. 44), and that such information was inadvertently filed in an unredacted form;

WHEREAS, the Parties dispute whether the information contained in Exhibit C was properly designated as "CONFIDENTIAL," but through this request Plaintiff seeks to treat the information as "CONFIDENTIAL" until such time as the parties resolve such dispute;

NOW, THEREFORE, Plaintiff GMYL and Defendants Coppola Foods Limited and Ernesto Coppola hereby STIPULATE and request that the Court order the Clerk to remove from the public record and from the CM/ECF system Docket Entry No. 49-6 so that the document may be re-filed with proper redactions.


DATED:  April 3, 2014                          /s/ Sharoni S. Finkelstein
                                                        Sharoni S. Finkelstein
                                                        K&L GATES LLP
                                                        Attorneys for Plaintiff

DATED:  April 3, 2014                          /s/ Walter C. Pfeffer
                                                        Walter C. Pfeffer
                                                        COLT/SINGER/BEA LLP
                                                        Attorneys for Defendant


PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Clerk of the Court shall remove from the public record and from the CM/ECF system Docket Entry No. 49-6.


DATED:   4/3/14                          _____
                                                        RICHARD SEEBORG
                                                        United States District Judge

JOINT STIPULATION AND REQUEST FOR ORDER TO REMOVE DOCKET ENTRY NO. 49-6 FROM DOCKET