K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
Susan E. Hollander (SBN 133473)
*susan.hollander@klgates.com*
Jocelyn M. Belloni (SBN 253482)
*jocelyn.belloni@klgates.com*
Sharoni S. Finkelstein (SBN 271829)
*sharoni.finkelstein@klgates.com*

K&L GATES LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Seth A. Gold (SBN 163220)
*seth.gold@klgates.com*
Christina N. Goodrich (SBN 261722)
*christina.goodrich@klgates.com*

Attorneys for Plaintiff
GMYL, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GMYL, L.P., a California limited partnership;<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO COPPOLA, an individual; COPPOLA FOODS LIMITED, a foreign company; and DOES 1 THROUGH 10<br><br>Defendants. | CASE NO. 13-cv-04739-RS<br>ORDER<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER TO (1) REFER MATTER TO THE HON. MARIA-ELENA JAMES FOR SETTLEMENT CONFERENCE AND (2) ENLARGE TIME FOR JURISDICTIONAL DEPOSITIONS OF FOREIGN DEFENDANTS TO COINCIDE WITH SETTLEMENT CONFERENCE APPEARANCE** |

IT IS HEREBY STIPULATED by and between Plaintiff GMYL, L.P. ("Plaintiff" or "GMYL") and Defendants Ernesto Coppola and Coppola Foods Limited (collectively, "Coppola"), by and through their counsel of record, as follows:

1    WHEREAS, on October 11, 2013, GMYL filed its Complaint against Coppola;

2    WHEREAS, on February 5, 2014, Coppola filed a Motion to Dismiss Claims, whereby
3 Coppola Foods Limited seeks, *inter alia*, dismissal of the claims against it for lack of personal
4 jurisdiction;

5    WHEREAS, on February 20, 2014, pursuant to the Case Management Conference, the Court
6 ordered that Plaintiff may take limited discovery regarding personal jurisdiction and may take that
7 discovery until April 22, 2014 (the "Jurisdictional Discovery Period");

8    WHEREAS, in March 24 and March 27, 2014 orders, Magistrate Judge Spero ordered that, in
9 connection with Plaintiff's taking jurisdictional discovery, the depositions of non-United States
10 residents and defendants Coppola Foods Limited and Ernesto Coppola shall take place in San
11 Francisco;

12    WHEREAS, shortly after the March 24 and March 27 orders, the parties agreed to schedule a
13 settlement conference during the same time frame that Coppola Foods Limited and Ernesto Coppola
14 appear in San Francisco for depositions, and agreed that they would schedule such depositions after
15 the parties' anticipated settlement conference;

16    WHEREAS, immediately after the parties agreed to schedule their settlement conference
17 along with defendants' jurisdictional depositions, the parties worked diligently in an attempt to
18 schedule a settlement conference with a Northern District of California magistrate judge in a manner
19 consistent with the schedules of counsel and of the parties, and during the Jurisdictional Discovery
20 Period;

21    WHEREAS, due to the schedules of counsel and of the parties, and of the availability of
22 magistrate judges in the Northern District of California, the parties have been unable to set dates for a
23 settlement conference and dates for the depositions of Coppola Foods Limited and Ernesto Coppola
24 during the Jurisdictional Discovery Period;

25    WHEREAS, the parties have agreed that engaging in a settlement conference before the Hon.
26 Maria-Elena James would further their interests in attempting to resolve this matter;

27    WHEREAS, May 19, 2014 is the first date that the Hon. Maria-Elena James has available to
28 preside over a settlement conference where all parties and counsel can attend;

WHEREAS, good cause exists for scheduling the settlement conference during the same time frame as, but before, the appearances for the jurisdictional depositions of defendants Coppola Foods Limited and Ernesto Coppola because (1) it furthers the policy of attempting to settle matters prior to trial, (2) it is in the interest efficiency because it schedules two events—specifically, defendants' depositions and a settlement conference—during a single visit by defendants who reside outside the United States, and (3) if the parties settle their dispute prior to the depositions, then the parties will be able to avoid the time and expense necessary for depositions;

WHEREAS, good cause exists to enlarge the time for the jurisdictional depositions of Coppola Foods Limited and Ernesto Coppola because in the absence of such enlargement, the parties will not be able to schedule a settlement conference during defendants' appearance for their jurisdictional depositions and because defendants likely will not agree to travel in the near future to the United States on a separate itinerary for a settlement conference;

NOW, THEREFORE, Plaintiff GMYL and Defendants Coppola Foods Limited and Ernesto Coppola hereby STIPULATE that, this matter shall be referred to the Hon. Maria-Elena James for a settlement conference and, pursuant to Northern District of California Civil Local Rule 6-2, the Jurisdictional Discovery Period shall be extended to May 27, 2014.

DATED:  April 3, 2014                         /s/ Sharoni S. Finkelstein
                                              Sharoni S. Finkelstein
                                              K&L GATES LLP
                                              Attorneys for Plaintiff

DATED:  April 3, 2014                         /s/ Walter C. Pfeffer
                                              Walter C. Pfeffer
                                              COLT/SINGER/BEA LLP
                                              Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS ORDERED that this action shall be referred to the Hon. Maria-Elena James for a settlement conference and, pursuant to Northern District of California Civil Local Rule 6-2, the Jurisdictional Discovery Period shall be extended to May 27, 2014.

DATED:  April 4, 2014                         _____
                                              RICHARD SEEBORG
                                              United States District Judge

JOINT STIPULATION AND REQUEST FOR ORDER TO REFER MATTER FOR SETTLEMENT AND TO ENLARGE TIME FOR JURISDICTIONAL DISCOVERY