UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMYL, L.P.,<br>　　　　Plaintiff,<br>　　v.<br>ERNESTO COPPOLA, et al.,<br>　　　　Defendants. | Case No. 13-cv-04739-RS   (JCS)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 49 |

For the reasons stated on the record at the hearing held on May 9, 2014, Plaintiff's motion to compel is DENIED, except that within ten days of the date of the hearing, Defendants will identify in writing, under oath, the Bates ranges for the documents that have been produced by each of the Defendants, separating out production by defendants as reflected in their prior informal disclosures.

**IT IS SO ORDERED.**

Dated: May 13, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge